


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Danny Lee Malone | 3630699 |
| William Skeens | 3550357 |
| Eugene Lane | 3571266 |

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 5:19-cv-00132
(Number to be assigned by Court)

Officer McCoy

Southern Regional Jail

(Enter above the full name of the defendant or defendants in this action)

## COMPLAINT

I. **Previous Lawsuits**

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____   No __X__

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Southern Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes __X__    No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes __X__    No ____

    C. If you answer is YES:

        1. What steps did you take? I filed a grievance to administration

        2. What was the result? never got a reple back on the case an nothing was done about it

    D. If your answer is NO, explain why not: ____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Danny Lea Malone 3630699

        Address: 1200 airport Road Beaver West Virginia 25813

    B. Additional Plaintiff(s) and Address(es): William Skeens

        1200 airport Road Beaver West Virginia 25813

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Officer - James McCoy

is employed as: Officer

at Southern Regional Jail

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I want to file a suit against Southern Regional Jail Officer - McCoy for using excessive force towards me. After my cell door was about 8 inches from being closed I was inside my cell an he sprayed me in the face for no reason. I've ask multiple officers here to Rewind the tape and take action toward the officers I have multiple witness do to this matter. My other two cell mates William Skean an Eugene Lane were also involved in being sprayed for no reason. This happend on December 23 at 2:30 am. Some sort of action needs to

4

IV. Statement of Claim (continued):

be taking aginst the officer meay befor he does it to other Inmates. It's not right the way we been treated by the administrator do to this matter.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to file a ~~suit~~ Law Suit toward Southern Regional Jail for an officer using exesive force towards inmates

V.  Relief (continued)):

_____
_____
_____
_____
_____

VII. Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        _____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____  No _____

    If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

    If not, state your reasons: _____
_____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____  No _____

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                (Date)

_____

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7